FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CARROLL DEAN WILLIAMS,

Plaintiff - Appellant,

v.

COUNTY OF VENTURA, et al.,

Defendants - Appellees.

No. 06-56442

D.C. No. 2:06-cv-05310-AHS-CT

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Alicemarie H. Stotler, District Judge, Presiding

Submitted July 12, 2011[**]

Before:    SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Carroll Dean Williams appeals pro se from the district court's order denying

his application to pursue his 42 U.S.C. § 1983 action in forma pauperis. We have

jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion,

*Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001) (per curiam), and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Because Williams failed to provide sufficient details concerning his income, assets, and expenditures, the district court did not abuse its discretion by finding that Williams would be able to pay the filing fee. *See United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (per curiam) (an affidavit claiming poverty in support of a motion made under 28 U.S.C. § 1915 must state the relevant facts "with some particularity, definiteness, and certainty").

Williams's remaining contentions are unpersuasive.

**AFFIRMED.**